IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

In Re:  CONSOLIDATED ENERGY, INC.             CHAPTER 11

       DEBTOR                                   CASE NO.   07-70314

CHAPTER 11 QUARTERLY
REPORT OF DISBURSEMENTS

SUMMARY OF DISBURSEMENTS MADE FOR QUARTER ENDING:
MARCH 31, 2008

DEBTOR:     Consolidated Energy, Inc.

| | | |
|---|---|---|
| A. | Disbursements made under the plan: | $      *0* |
| B. | Disbursements made other than under the plan: | $ 1,037,218.84 |
| | Total Disbursements: | $ 1,037,218.84 |

    The information above reflects the disbursement of sale proceeds from the escrow account of counsel for the Debtor.  Counsel is unaware of any additional disbursements by the Debtor, but has not inspected, reviewed or audited any books or records of the Debtor.  Detailed information for the disbursements is available from counsel on request.

Respectfully submitted,

WISE DELCOTTO PLLC

/s/ Dean A. Langdon
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:  (859) 281-1179
E-mail:  dlangdon@wisedel.com
COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and accurate copy of the foregoing was served by the court's ECF System on December 3, 2008.

                                      /s/ Dean A. Langdon, Esq.
                                      COUNSEL FOR DEBTORS
                                      AND DEBTORS-IN-POSSESSION

Z:\Clients\CEI\Pleadings\Report of Disbursements CEI 1Q 20081203.doc